UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOHN RAMSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  3:18-cv-00324-RGJ |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER OF DISMISSAL</u>

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissal with prejudice, with each party to bear its own costs and attorneys' fees.

Copies to:

Eric P. Mathisen
eric.mathisen@ogletree.com

Robert A. Florio
raflorioatty@hotmail.com